UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LAZARO EZEQUIEL AJCAC CULAY,

    Petitioner,

v.

25-CV-900 (JLS)

JOHN DOE, *Facility Director, Buffalo Federal Detention Facility*, TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*, KRISTI NOEM, *U.S. Secretary of Homeland Security*, PAMELA BONDI, *U.S. Attorney General*, JANE DOE, *Director of Executive Office for Immigration Review*,

    Respondents.

---

## ORDER

Petitioner Lazaro Ezequiel Ajcac Culay is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. He claims that he is being detained in United States Immigration and Customs Enforcement custody pending removal proceedings in violation of the United States Constitution. *See generally* 8 U.S.C. §§ 1231(a)(1) (stating that Attorney General, succeeded by the Secretary of Homeland Security for this purpose, must remove alien within 90 days of final order of removal), (a)(6) ("An alien ordered removed . . . may be detained beyond the [90-day] removal period . . ."); *Zadvydas v. Davis*, 533 U.S. 678, 700–01 (2001) (establishing six months as the presumptive limit to reasonable duration of

detention under Section 1231(a)(6)); *see also* 8 U.S.C. §§ 1226 (a),(c) (detention of aliens); *Jennings v. Rodriguez*, 138 S. Ct. 830, 851 (2018) (declining to decide the merits of whether extended detention violates due process).  Therefore, Petitioner seeks relief under 28 U.S.C. § 2241.  Dkt. 1.  He paid the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), and is represented by counsel.

IT IS HEREBY ORDERED that, by **November 7, 2025**, Respondents shall file and serve an answer responding to the allegations in the petition; and it is further

ORDERED that, by **November 7, 2025**, Respondents shall file and serve, along with their answer, a memorandum of law that addresses each issue raised in the petition and includes citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that, by **November 7, 2025**, Respondents may file, instead of an answer, a motion to dismiss the petition, accompanied by appropriate exhibits demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that Petitioner shall file a written response to Respondents' answer or motion to dismiss by **December 2, 2025**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the petition, together with a copy of this order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at <u>USANYW-Immigration-Habeas@usdoj.gov</u>.

Dated:    September 23, 2025
             Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE